## HERMAN-McLEAN CO v
## CARPENTER, et, etc.

Ohio Appeals, 8th Dist, Cuyahoga Co
Decided Nov. 4, 1929

For full opinion see 174 NE 160; 31 O L R 288; 37 Oh Ap 58 (Oh Bar 1-27-31).